UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BAILEY MAKRIS,

    Plaintiff,

v.                                  Case No.: 8:13-CV-01340-EAK-AEP

DEX IMAGING, INC., a Florida Corporation;
DEX IMAGING OF ALABAMA, LLC.,
a Florida Corporation; and DEX IMAGING OF
MARYLAND, LLC, a Florida Corporation,

    Defendants.
_____/

## ORDER

    This cause is before the Court on Defendants' Motion to Dismiss Count III of the Complaint (Doc. 9) and Plaintiff's Response in Opposition thereto (Doc. 12).

    Defendants argue that Count III of Plaintiff's Complaint fails to properly state a claim for relief under the standards evinced in both *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Both decisions provide multiple useful yardsticks and vantage points for proper pleading, among them the requirement that the complaint provide the Defendant " 'fair notice of what the . . . claim is and the grounds upon which it rests.' " *Iqbal* at 698-99, (quoting *Twombly* at 555, quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957) (omission in original)). Though Defendants lament the pleading, Plaintiff has already provided sufficient fair notice for Defendants to supply a detailed response to the claim proceeding down dual paths invoking Florida Statute Chapter 448 and the breach of employment contract. Accordingly it is

**ORDERED** that Defendants' Motion to Dismiss Count III is **DENIED**. Defendants shall file an answer to Count III of Plaintiff's Complaint (Doc. 2) within 10 days of this date.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 3rd day of July 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record.